*Formatted for Electronic Distribution*                                                                                                                    *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

**In re:**

    **Sulaiman Jadallah,**                                                                                            **Chapter 7 Case**
                **Debtor.**                                                                                                 **# 09-10527**

**Maryam Robare,**
                **Plaintiff,**
    **v.**                                                                                                                            **Adversary Proceeding**
**Sulaiman Jadallah,**                                                                                                        **# 09-1031**
                **Defendant.**

### JUDGMENT ORDER

        For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Plaintiff's claim against the Debtor in this bankruptcy case is excepted from discharge, pursuant to 11 U.S.C. § 523(a)(2)(A), and JUDGMENT IS HEREBY GRANTED in favor of the Plaintiff in the amount of $65,460.97.

        SO ORDERED.

July 21, 2010                                                                                                                          Colleen A. Brown
Burlington, Vermont                                                                                                        United States Bankruptcy Judge

Filed & Entered
On Docket
July 21, 2010